BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

HALEY & BILHEIMER
JOHN G. BILHEIMER
505 Coyote Street, Suite A
Nevada City, CA 95959
Telephone: (530) 265-6357
Facsimile: (530) 478-9485

Attorney for Plaintiffs Robyn Holloway
and Sterling Holloway

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>         Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | CASE NO.  2:12-cv-02120 MCE-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT DISCLOSURE BY DEFENDANT UNITED STATES** |

   Defendant United States and Plaintiffs Robyn Holloway and Sterling Holloway, by and through their respective counsel, stipulate as follows:

   1.   Defendant United States may disclose names, social security numbers, dates of birth, addresses, and/or telephone numbers to Plaintiffs in discovery and in court filings.  When

disclosed in court filings, social security numbers, dates of birth, and home addresses will be redacted as provided in Local Rule 140(a).

    2.    Plaintiffs agree that such information will be treated as confidential and use of this information will be limited to this lawsuit. At the conclusion of this lawsuit, including any appeals, the parties will destroy documents produced by the opposing party.

    3.    This stipulation applies to discovery responses and documents already produced by Defendant United States, future discovery responses and productions by Defendant United States, and court filings.

Dated: July 26, 2013      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/   *Chi Soo Kim*
CHI SOO KIM
Assistant U.S. Attorney

Dated: July 29, 2013

By:   */s/ John G. Bilheimer*
JOHN G. BILHEIMER
Attorney for Plaintiffs Robyn Holloway and Sterling Holloway

**ORDER**

**IT IS SO ORDERED.**

Dated: August 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE