1  BENJAMIN B. WAGNER
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for United States
6
7  HALEY & BILHEIMER
   JOHN G. BILHEIMER
8  505 Coyote Street, Suite A
   Nevada City, CA 95959
9  Telephone: (530) 265-6357
   Facsimile: (530) 478-9485
10 Attorney for Plaintiffs Robyn Holloway
   and Sterling Holloway
11

12

13            IN THE UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 ROBYN HOLLOWAY and STERLING          CASE NO. 2:12-cv-02120 MCE-CKD
   HOLLOWAY,
17
              Plaintiffs,
18                                       **STIPULATION AND ORDER TO
       v.                                MODIFY PRETRIAL
19                                       SCHEDULING ORDER**
   UNITED STATES OF AMERICA,
20
              Defendant.
21

22

23     Defendant United States and Plaintiffs Robyn Holloway and Sterling Holloway, by and

24 through their respective counsel, stipulate and respectfully request the below modifications to the

25 Court's Pretrial Scheduling Order (Dkt 10) for good cause.

26     1.   The parties respectfully request extending the dates for discovery to permit the

27 parties to complete fact discovery, conduct independent medical examinations, and complete

28 expert discovery.

2. The August 25, 2014 trial date remains unchanged.

|  | Current | Proposed |
|---|---|---|
| Discovery cutoff (fact): | October 25, 2013 | December 20, 2013 |
| Initial expert disclosures: | December 20, 2013 | January 24, 2014 |
| Supplemental expert disclosures: | January 9, 2014 | February 21, 2014 |
| Last day to file dispositive motions: | February 20, 2014 | March 20, 2014 |
| Last day for dispositive motion hearing: | April 17, 2014 | May 15, 2014 |
| Joint Final Pretrial Conference Statement: | June 5, 2014 | June 26, 2014 |
| Last day to file evidentiary or procedural motions: | June 5, 2014 | June 26, 2014 |
| Last day to file trial briefs: | June 12, 2014 | July 3, 2014 |
| Final Pretrial Conference: | June 26, 2014 | July 17, 2014 |
| Trial: | August 25, 2014 | August 25, 2014 |

Dated: August 21, 2013                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                   By:    /s/   *Chi Soo Kim*
                                          CHI SOO KIM
                                          Assistant U.S. Attorney

Dated: August 21, 2013

                                   By:    */s/ John G. Bilheimer*
                                          JOHN G. BILHEIMER
                                          Attorney for Plaintiffs Robyn Holloway and
                                          Sterling Holloway

**ORDER**

An Amended Pretrial Scheduling Order (PTSO) will follow. The Amended PTSO will incorporate the dates above and govern the deadlines in this case.

IT IS SO ORDERED.

Dated: September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT