BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for United States


HALEY & BILHEIMER
JOHN G. BILHEIMER
505 Coyote Street, Suite A
Nevada City, CA 95959
Telephone:  (530) 265-6357
Facsimile:   (530) 478-9485

Attorney for Plaintiffs Robyn Holloway
and Sterling Holloway

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO.  2:12-cv-02120 MCE-CKD<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR INDEPENDENT MEDICAL EXAMINATIONS** |

        Defendant United States and Plaintiffs Robyn Holloway and Sterling Holloway, by and

through their respective counsel, respectfully submit this stipulation and proposed order for

independent medical examinations (psychological) under Federal Rule of Civil Procedure 35.

        The parties hereby stipulate that **Plaintiff Sterling Holloway** will submit to a

psychological independent medical examination on October 18, 2013 at 10:00 a.m. at the

University of California Los Angeles, 48-240 Semel Institute, 760 Westwood Boulevard, Los

Angeles, California by Dr. Robert Asarnow, Ph.D.  Plaintiff Sterling Holloway may not be accompanied at the examination by any individual.  The examination will not be audiotaped, videotaped, or recorded.

The parties further hereby stipulate that **Plaintiff Robyn Holloway** will submit to a psychological independent medical examination on October 28, 2013 at 10:00 a.m. at the University of California Los Angeles, 48-240 Semel Institute, 760 Westwood Boulevard, Los Angeles, California by Dr. Robert Asarnow, Ph.D.  Plaintiff Robyn Holloway may not be accompanied at the examination by any individual.  The examination will not be audiotaped, videotaped, or recorded.


Dated:  October 1, 2013                                 Respectfully submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                        By:     /s/    _Chi Soo Kim_____
                                                CHI SOO KIM
                                                Assistant U.S. Attorney


Dated:  October 9, 2013

                                        By:      /s/ John G. Bilheimer_____

                                                JOHN G. BILHEIMER
                                                Attorney for Plaintiffs Robyn Holloway and
                                                Sterling Holloway


                                        **ORDER**


        **IT IS SO ORDERED.**


Dated:  October 15, 2013                _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE