UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No. 2:12-cv-02120-MCE-CKD<br><br><br><br>**NOTICE OF RELATED CASE ORDER** |
| SECURITY NATIONAL INSURANCE COMPANY, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No. 2:13-cv-01594-KJM-DAD |

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

///

Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated as 2:13-cv-01594-KJM-DAD is reassigned to Chief Judge Morrison C. England, Jr. and Magistrate Judge Carolyn K. Delaney for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. The Clerk of the Court is to issue an Order Requiring Joint Status Report. The caption on documents filed in the reassigned case shall be shown as 2:13-cv-01594-MCE-CKD. The Clerk of the Court shall make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  November 5, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT