BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

HALEY & BILHEIMER
JOHN G. BILHEIMER
505 Coyote Street, Suite A
Nevada City, CA 95959
Telephone: (530) 265-6357
Facsimile: (530) 478-9485

Attorney for Plaintiffs Robyn Holloway
and Sterling Holloway

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:12-cv-02120 MCE-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

   Defendant United States and Plaintiffs Robyn Holloway and Sterling Holloway, by and through their respective counsel, stipulate and respectfully request the below modifications to the Court's Pretrial Scheduling Order (Dkt 21) for good cause.

   1. The parties have been cooperative in the discovery and case management process.

   2. The parties respectfully request extending currently scheduled dates to permit the

STIPULATION AND ORDER TO TO MODIFY THE   1
PRETRIAL SCHEDULING ORDER - *Holloway v. U.S.*, No. 12-cv-2120 MCE-CKD

parties to complete fact discovery, conduct independent medical examinations, and complete expert discovery.

3. The independent medical examination ("IME") of Plaintiff Sterling Holloway began on October 18, 2013, but was not completed due to Plaintiff's schedule and transportation issues. The parties were required to re-schedule Plaintiff Sterling Holloway's IME.

4. Defendant's medical expert, Dr. Robert Asarnow, had to undergo an unanticipated surgery in November 2013, which required the parties to re-schedule the IMEs for both Plaintiffs and provide sufficient time for Dr. Asarnow to undergo and recuperate from surgery.

5. The parties have recently re-scheduled Plaintiff Sterling Holloway's IME and are in the process of re-scheduling Plaintiff Robyn Holloway's IME.

6. A defense witness whom Plaintiffs have noticed for deposition, Lyn Phillips, is currently on medical leave and not available.

7. Due to a family member's death, Plaintiff's counsel was unavailable and will not be available for a portion of January 2014.

8. The parties have contacted the Court's courtroom deputy to identify possible trial dates to assist with modifying the schedule as efficiently as possible. As a claim under the Federal Tort Claims Act, this matter will be tried to the Court and the anticipated length of trial is five days.

9. The Court previously granted the parties' stipulated request to modify the scheduling order. [Dkt 15] The parties have not previously requested continuing the trial date.

|  | Current | Proposed |
|---|---|---|
| Discovery cutoff (fact): | December 20, 2013 | February 21, 2014 |
| Initial expert disclosures: | January 24, 2014 | March 21, 2014 |
| Supplemental expert disclosures: | February 13, 2014 | April 10, 2014 |
| Last day to file dispositive motions: | March 20, 2014 | May 1, 2014 |
| Last day for dispositive motion hearing: | May 15, 2014 | June 26, 2014 |

| | | |
|---|---|---|
| Joint Final Pretrial Conference Statement: | June 19, 2014 | August 7, 2014 |
| Last day to file evidentiary or procedural motions: | June 19, 2014 | August 7, 2014 |
| Last day to file trial briefs: | June 26, 2014 | August 14, 2014 |
| Final Pretrial Conference: | July 10, 2014 | August 28, 2014 |
| Trial (5 days, bench): | August 25, 2014 | October 14, 2014 |

Dated:  December 9, 2013                                    Respectfully submitted,

                                                                                BENJAMIN B. WAGNER
                                                                                United States Attorney

                                                                    By:    /s/   *Chi Soo Kim*
                                                                                CHI SOO KIM
                                                                                Assistant U.S. Attorney

Dated:  December 9, 2013

                                                                    By:    */s/ John G. Bilheimer*
                                                                                JOHN G. BILHEIMER
                                                                                Attorney for Plaintiffs Robyn Holloway and Sterling Holloway

## ORDER

The parties' stipulated request to modify the scheduling order is GRANTED.  The current dates are VACATED, and a new pretrial scheduling order will issue in due course.

**IT IS SO ORDERED.**

**Dated:  December 15, 2013**

                                                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                                                UNITED STATES DISTRICT COURT