BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

HALEY & BILHEIMER
JOHN G. BILHEIMER
505 Coyote Street, Suite A
Nevada City, CA 95959
Telephone: (530) 265-6357
Facsimile: (530) 478-9485

Attorney for Plaintiffs Robyn Holloway
and Sterling Holloway

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:12-cv-02120 MCE-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR INDEPENDENT MEDICAL EXAMINATIONS** |

Defendant United States and Plaintiffs Robyn Holloway and Sterling Holloway, by and through their respective counsel, respectfully submit this stipulation and proposed order for independent medical examinations (psychological) under Federal Rule of Civil Procedure 35.

The Court previously granted the parties' stipulation and ordered an independent medical examination ("IME") of Plaintiff Sterling Holloway to occur on October 18, 2013 and an IME of Plaintiff Robyn Holloway to occur on October 28, 2013 (Dkt 18). The IME of Plaintiff Sterling

Holloway began on October 18, 2013, but was not completed due to Plaintiff's schedule and transportation issues. The parties were twice required to re-schedule Plaintiff Sterling Holloway's IME. Defendant's medical expert, Dr. Robert Asarnow, had to undergo an unanticipated surgery in November 2013, which required the parties to re-schedule the IME for Plaintiff Robyn Holloway and to provide sufficient time for Dr. Asarnow to undergo and recuperate from surgery.

The parties hereby stipulate that **Plaintiff Sterling Holloway** will submit to a psychological independent medical examination on January 6, 2014 at 10:00 a.m. at the University of California Los Angeles, 48-240 Semel Institute, 760 Westwood Boulevard, Los Angeles, California by Dr. Robert Asarnow, Ph.D. Plaintiff Sterling Holloway may not be accompanied at the examination by any individual. The examination will not be audiotaped, videotaped, or recorded.

The parties further hereby stipulate that **Plaintiff Robyn Holloway** will submit to a psychological independent medical examination on January 7, 2014 at 10:00 a.m. at the University of California Los Angeles, 48-240 Semel Institute, 760 Westwood Boulevard, Los Angeles, California by Dr. Robert Asarnow, Ph.D. Plaintiff Robyn Holloway may not be accompanied at the examination by any individual. The examination will not be audiotaped, videotaped, or recorded.

Dated:  December 23, 2013                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:    /s/   *Chi Soo Kim*
CHI SOO KIM
Assistant U.S. Attorney

Dated:  December 30, 2013

By:    */s/ John G. Bilheimer*
JOHN G. BILHEIMER
Attorney for Plaintiffs Robyn Holloway and Sterling Holloway

**ORDER**

**IT IS SO ORDERED.**

Dated: December 31, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE