```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for United States
6

7  HALEY & BILHEIMER
   JOHN G. BILHEIMER
8  505 Coyote Street, Suite A
   Nevada City, CA 95959
9  Telephone: (530) 265-6357
   Facsimile: (530) 478-9485
10
   Attorney for Plaintiffs Robyn Holloway
11 and Sterling Holloway
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 2:12-cv-02120 MCE-CKD <br><br> **STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

    Plaintiffs Robyn Holloway and Sterling Holloway and Defendant United States, by and through their respective counsel, stipulate and respectfully request the below modifications to the Court's Pretrial Scheduling Order (Dkt 39) for good cause.

    1.    The parties have been cooperative in the discovery and case management process.

2. Plaintiffs are in the process of retaining additional counsel/ co-counsel, Wilcoxen Callaham LLP, to represent them in this lawsuit and would like their new counsel to be involved in completing the fact discovery identified below.

3. Counsel for Plaintiffs and Defendant were in trials in June 2014 for other cases.

4. The parties respectfully request extending the fact discovery deadline <u>limited</u> to completing the following discovery:

    a. Plaintiffs to take the depositions of Israel Alvarado, Duane Barker, Christopher Leroux, John Pank, Lyn Phillips, and John Shaw.

    b. Plaintiffs to serve up to twenty-five (25) interrogatories.

    c. Defendant to take the depositions of Plaintiffs, Rob Anderson, and Cheyenne Sinkola.

5. As a result, the parties respectfully request extending all other deadlines.

6. The Court previously granted in part the parties' stipulated requests to modify the scheduling order. [Dkt 15, 26, 39]

**Proposed Scheduling Modification**

|  | Current | Proposed |
|---|---|---|
| Discovery cutoff (fact): | July 17, 2014 | September 30, 2014 |
| Initial expert disclosures: | August 13, 2014 | October 14, 2014 |
| Supplemental expert disclosures: | September 2, 2014 | October 30, 2014 |
| Last day to file dispositive motions: | September 18, 2014 | November 13, 2014 |
| Last day for dispositive motion hearing: | November 13, 2014 | January 8, 2015 |
| Joint Final Pretrial Conference Statement: | January 15, 2015 | March 5, 2015 |
| Last day to file evidentiary or procedural motions: | January 15, 2015 | March 5, 2015 |
| Last day to file trial briefs: | January 22, 2015 | March 12, 2015 |
| Final Pretrial Conference: | February 5, 2015 | March 26, 2015 |

| | | |
|---|---|---|
| Trial (5 days, bench): | March 23, 2015 | May 11, 2015 |

Dated:  July 7, 2014			Respectfully submitted,

					By:	/s/ John G. Bilheimer

						JOHN G. BILHEIMER
						Attorney for Plaintiffs Robyn Holloway and
						Sterling Holloway


Dated:  July 7, 2014			BENJAMIN B. WAGNER
					United States Attorney

					By:	/s/    Chi Soo Kim
						CHI SOO KIM
						Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT