UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBYN HOLLOWAY, et al.,          No.  2:12-cv-2120 MCE CKD

      Plaintiffs,

  v.                                   ORDER

UNITED STATES OF AMERICA,

      Defendant.

A telephonic conference regarding the previously scheduled medical examinations of plaintiff was held before the undersigned on September 12, 2014.  Daniel Wilcoxen and Alexa Greenbaum appeared for plaintiffs.  Chi Soo Kim appeared for defendant.  Upon review of the parties' letters regarding the discovery dispute, review of the pertinent authorities, and discussion of counsel, IT IS HEREBY ORDERED that:

    1. The medical examinations of plaintiff Robyn Holloway shall proceed as previously scheduled on September 16, 2014.  Plaintiff may not be accompanied at the examination by any individual and the examination shall not be videotaped.  The ordinary and customary testing associated with a physical exam for the respective specialties (orthopedic and neurological) may be conducted by the examining physicians.

/////

/////

1

2. The record shall reflect that plaintiff's counsel does not stipulate that said medical examinations are independent.

3. Copies of the report prepared by each examining physician will be provided to plaintiff's counsel upon receipt by defendant.

Dated: September 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 holloway.tel.disc