BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO. 2:12-cv-02120 MCE-CKD<br><br>**ORDER FOR INDEPENDENT MEDICAL EXAMINATIONS** |

Defendant United States respectfully submits this proposed order for independent medical examinations (neurological and orthopedic) under Federal Rule of Civil Procedure 35 for good cause where Plaintiff Robyn Holloway's physical / medical condition is in controversy and where Plaintiff disclosed continuing neurological and orthopedic injuries in August 2014.

The United States requests that Plaintiff Robyn Holloway submit to the following independent medical examinations. Plaintiff previously agreed to undergo neurological and orthopedic examinations and agreed to the below schedule.

1) An orthopedic independent medical examination on September 16, 2014 at 10:00 a.m. at the Stanford Medicine Outpatient Center – Spine Center, 450 Broadway Street, Pavilion A, 1st floor, Redwood City, CA 94063 by Dr. Eugene Carragee. Plaintiff Robyn Holloway may not be accompanied at the examination by any individual. The examination will not be audiotaped, videotaped, or recorded.

2) A neurological independent medical examination on September 16, 2014 at 1:00 p.m. at the University of California San Francisco, 400 Parnassus Avenue, 8th Floor, Suite A842, San Francisco, CA 94143 by Dr. Richard Cuneo.  Plaintiff Robyn Holloway may not be accompanied at the examination by any individual.  The examination will not be audiotaped, videotaped, or recorded.

Dated:  September 12, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:      /s/    *Chi Soo Kim*
CHI SOO KIM
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE