# Exhibit 3

# COHEN | VOLK

### ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

October 30, 2014

Ms. Chi Soo Kim
Assistant U.S. Attorney
U.S. Department of Justice
501 I Street, Suite 10-100
Sacramento, CA  95814

Re:  Robyn and Sterling Holloway v. United States of America

Dear Ms. Kim:

As Chief Economist of Cohen | Volk Economic Consulting Group, I have been retained to value the economic loss to Mr. Robyn Holloway in the above captioned case. I have also been retained to comment upon the work product and testimony of Charles R. Mahla, the economic expert retained by the plaintiff.

In order to complete this assignment, I have reviewed the following documents:

1. Plaintiffs' Complaint and Defendant's Answer;
2. Response to Discovery Requests (Interrogatories and Requests for Admission);
3. Plaintiff's Document Production Bates Stamped 0000001-P0001764;
4. Payroll Redacted Bates Stamped 00859-933;
5. Workers' Compensation records;
6. Robyn Holloway Workers' Compensation deposition;
7. Robyn Holloway's deposition transcript;
8. Vocational Rehabilitation Evaluation & Preliminary Life Care Plan Review of Maria Toyofuku-Brady;
9. Letter report of Dr. Joseph T. Capell, M.D.;
10. Neuropsychological Evaluation of Dr. Robert F. Asarnow, Ph.D.;
11. Report and Supplemental Report of Dr. Eugene, J. Carragee, M.D.;
12. Report and Supplemental Report of Dr. Richard A. Cuneo, M.D.;
13. Expert Report of Charles R. Mahla, Ph.D.;
14. Initial Consultation Report of Dr. Daniel B. Dunlevy, M.D.
15. Preliminary Life Care Plan of Carol Hyland.

In addition to the above, I have also relied upon the opinion of Maria Toyofuku-Brady, Certified Rehabilitation Counselor about Mr. Holloway's post-injury vocational training, mitigation earning capacity and future care costs. In forming my opinions, I have also relied upon various statistics provided by the Federal Reserve, United States Bureau of Labor Statistics as well as data provided by the United States Bureau of the Census and the Social Security Administration. Worklife and life expectancy data is based on the publication, Life and Worklife Expectancies by Richards and Donaldson.

Based on the above, I have prepared three alternative economic loss calculations of lost earning capacity, as well as a calculation of future care costs, which are attached as four separate reports.

Regarding my calculations of lost earning capacity, readers should note that I have not adjusted losses to account for the income replacement benefits of Mr. Holloway from Workers' Compensation or Social Security. Mr. Holloway has received Workers' Compensation income replacement benefits beginning 10/18/11, and up to the trial date of 5/11/15, these benefits will total $183,014. These benefits are based on Workers' Compensation records provided and the assumption that Mr. Holloway will continue to receive $1,973.14 every two week from 5/21/13 to 5/11/15. Mr. Holloway's Social Security benefits received up to 5/11/15 are expected to total $62,413. This amount is based on Mr. Holloway's deposition testimony in which he stated that in 2014, he was receiving $1,299 per month. My calculation of the total is based on the assumption that Mr. Holloway began receiving Social Security in the sixth month following his injury, and that his benefits have adjusted over time to the $1,299 rate based on information published by the Social Security Administration.

Regarding my calculations of future care costs, cost and duration are based on the report prepared by Maria Toyofuku-Brady. I understand that Ms. Toyofuku included expenses based on charges rather than the fair market value of services indicated. I have not adjusted Ms. Toyofuku-Brady's analysis to account for the fair market value of the services indicated in her report. Had I done so, the expenses would have been less than that indicated in my report. Furthermore, I have not accounted for future care costs that may be paid for by Workers' Compensation. Additionally, I have not accounted for the actual expenses that Mr. Holloway would incur if he obtained insurance coverage through the Affordable Care Act or through other sources. My current analysis of future care costs therefore, overstates actual expected future care costs to Mr. Holloway.

In addition to analyzing Mr. Holloway's economic loss and care cost analysis, I have reviewed the economic loss report Charles Mahla, the plaintiff retained economic expert, and I have several comments regarding his analysis.

First, Dr. Mahla assumes that but for the subject accident, Mr. Holloway would have earned $54,689 per year. He bases this rate on earnings in 2010, and annualized earnings through a partial year of 2011. Dr. Mahla ignores earnings prior to 2010 in determination of expected earnings but for the accident. In 2009, Mr. Holloway earned $9,203. No prior earnings information has been provided. Dr. Mahla provides no rationale for omitting the 2009 earnings from the historical average earning calculation. Had he included 2009 earnings in the average, he would have obtained an average of $38,866 per year over the 2.79 year earning history provided. This rate is more consistent with the median earnings rate of men with some college education of $39,956 in 2011 as indicated by the Bureau of the Census and the Bureau of Labor Statistics.

Second, Dr. Mahla provides an assessment of lost earning capacity based on two alternatives.  In the first alternative, he assumes that Mr. Holloway would have had the same worklife expectancy as males with some college education, currently active in the labor force, pursuant to worklife tables published in <u>Life and Worklife Expectancies</u> by Richards and Donaldson.  Dr. Mahla also relies on this source for his calculation of life expectancy for Mr. Holloway.

Dr. Mahla relies on the life expectancy tables for men who have some college education and are smokers in his report.  He, however, does not use this measure to assess Mr. Holloway's worklife expectancy.  According to the Richard and Donaldson tables of worklife expectancy for 27 year old men with some college education, currently active in the labor force and who are smokers, the worklife expectancy is 31.0 years.  Dr. Mahla uses a worklife expectancy of 33.6 years, ignoring Mr. Holloway's smoking status.

In the second alternative calculation of lost earning capacity, Dr. Mahla assumes that Mr. Holloway would have worked without interruption in the labor force, or without unemployment until age 67.  Dr. Mahla provides no foundation for this assumption other than indicating that age 67 is the full Social Security retirement age, and that he was asked to make this assumption.

Worklife expectancy tables are preferable in comparison to using a specific retirement age because worklife expectancy tables take into account the probabilities of entering and leaving the labor force over one's career.  The age 67 assumption is arbitrary and is not consistent with the average retirement age.  Furthermore, one can retire at age 62 and receive benefits.  While the benefits on an annual basis are less at 62 than at age 67, the reason, all other things being equal, is because people who begin their benefits at age 62 receive their benefits for 5 more years than those who elect to receive them at age 67.  In other words, the Social Security Administration makes an actuarial calculation which equalizes the present cash value of the two income streams.

Lastly, with respect to worklife, readers should note that the age 67 measure and the worklife table measures used by Dr. Mahla ignore unemployment.  According to the Richards and Donaldson source that Dr. Mahla relies upon, the unemployment rate for males between 2000 and 2006 was approximately 3.5%.  Longer term unemployment rates according to the Bureau of Labor Statistics have been higher.  Had Dr. Mahla considered unemployment, his calculations of lost earning capacity would have been lower.

Third, Dr. Mahla assumes that Mr. Holloway is disabled from performing any kind of compensated work as a result of this incident.  Dr. Mahla provides no foundation for this assumption other than indicating that he was requested to make this assumption by plaintiffs' counsel.  I have found no records that indicate that Mr. Holloway is restricted from gainful employment.

Fourth, Dr. Mahla assumes that Mr. Holloway has lost the value of household services.  In fact, Carol Hyland has included Chore Services within her LCP report, which Dr. Mahla has valued.  Chore Services are those household services Mr. Holloway can no longer perform.  Dr. Mahla also projects these losses into the future to the end of Mr. Holloway's life expectancy, without any reduction for Mr. Holloway's increasing frailty in his later years.  Economists typically make an adjustment to account for the improbability of performing housekeeping and yard work services in the years at the end of one's life expectancy.

Fifth, in valuing Mr. Holloway's future care costs, Dr. Mahla has used expense information provided by Carol Hyland.  It is my understanding that the expense information is based on charges, and not based on the fair market value of the services indicated.  To the extent that the indicated expenses are based on charges, the expenses are overstated.  Furthermore, Dr. Mahla's analysis does not account for the actual expenses that Mr. Holloway would incur if he obtained insurance coverage through the Affordable Care Act or through other sources.  Lastly, Dr. Mahla's analysis of future care costs do not account for future care costs that may be paid for by Worker's Compensation.

Sixth, Dr. Mahla calculates all future losses to present cash value.  He bases his discount rates on U.S. Treasury returns over the past 10 years.  Dr. Mahla makes no reference as to why he assumes that the rates of return over the last 10 years will be indicative as to future losses which will span over next 44 years.  Readers should note that average rates of return over the last 44 years on the same U.S. Treasury vehicles that are referenced in the Mahla report have been higher than that of the last 10 years.  In fact, given the Great Recession that has been a great influence on interest returns, the average returns over the last 10 years would be considered aberrant, and therefore, a poor indicator of interest returns over the next 44 years.

Please note that these findings are based on information available to date.  If additional information becomes available, I may augment or change my opinions.  Please find enclosed a copy of my CV, a list of testimonies in the past four years, and a fee schedule. If you have any questions, please do not hesitate to contact me.

Sincerely,

Mark Cohen
Chief Economist

Attachments

**COHEN | VOLK**

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

**ECONOMIC DAMAGES REPORT**

Holloway v. United States of America

Major Assumptions
Response to Mahla Analysis
Mitigation Earnings as a Customer Service Representative

October 30, 2014

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040 · T 323.722.8047

## Table 1

### Summary of Economic Loss
### Response to Mahla Analysis (1)
### Mitigation Earnings as a Customer Service Representative

I.  Past Period:

| | | |
|---|---|---|
| Earning Capacity without Injury, Table 3: | $ | 147,529 |
| **Past Economic Loss:** | $ | **147,529** |

II.  Future Period:

| | | |
|---|---|---|
| Earning Capacity without Injury, Table 4: | $ | 862,564 |
| Training and Rehabilitation Counselor Costs (2): | $ | 12,300 |
| Mitigation Earning Capacity, Table 5: | $ | (783,552) |
| **Future Economic Loss:** | $ | **91,312** |

III.  Past and Future Periods:

| | | |
|---|---|---|
| **Total Economic Loss:** | $ | **238,841** |

---

1 - No loss of Social Security benefits as mitigation Social Security benefits are equal to or exceed those Social Security benefits but for the incident.

2 - Training costs include $ 1,200 tuition, fees, books, materials and computer supplies and $1,100 transportation.  Rehabilitation counselor costs based on 50 hours at $200 per hour, or $10,000.  Opinions per Maria Toyofuku-Brady, Certified Rehabilitation Counselor.

## Table 2

**Actuarial Data**

| | | |
|---|---|---|
| Date of Birth: | 8/7/84 | |
| Date of Loss: | 10/17/11 | |
| Date of Valuation: | 5/11/15 | |
| Age at Date of Loss: | 27.19 | years |
| Time Elapsed Between Date of Loss and Valuation: | 3.56 | years |
| Age at Date of Valuation: | 30.76 | years |
| Worklife Expectancy at Date of Valuation (1): | 27.27 | years |

---

1 - Based on males, current smoker, with some college education.  Life and Worklife Expectancies, Second Edition, Richards and Donaldson, 2009.

## Table 3

### Past Earning Capacity without Injury

| Dates | Period | Annual Earnings (1) | Period Loss |
|---|---|---|---|
| 10/17/11  -  12/31/11 | 0.21 | $    39,956 | $        8,391 |
| 1/1/12    -  12/31/12 | 1.00 | $    40,728 | $      40,728 |
| 1/1/13    -  12/31/13 | 1.00 | $    41,453 | $      41,453 |
| 1/1/14    -   5/10/15 | 1.35 | $    42,191 | $      56,958 |

**Past Earning Capacity without Injury:**     **$    147,529**

---

1 - Mr. Holloway's actual 2009-2011 average earnings adjusted to 2011 dollars was $39,643 per year.  This analysis assumes that but for the incident Mr. Holloway would have been expected to earn at the median level of males with some college education throughout his career.  Earnings based on 2013 All Males, Ages 25 to 64 Years, Total Work Experience, Some College No Degree, Median Earnings per the Bureau of Labor Statistics and the Census Bureau.  Earnings are equal to $41,453 per year in 2013 dollars.  Adjustments to 2011 and 2012 dollars based on the changes in average weekly earnings, per the Bureau of Labor Statistics.  Adjustments to 2014 dollars based on the change in average weekly earnings 2012-2013, per the Bureau of Labor Statistics.

## Table 4

**Future Earning Capacity without Injury**

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|---|---|---|---|
| 5/11/15  - | 27.27 | $      42,191 | $      862,564 |

**Future Earning Capacity without Injury:**      $      862,564

---

1 - See Table 3, "Past Earning Capacity without Injury."

2 - 2.25% net discount rate.

### Table 5

### Future Mitigation Earning Capacity

| Dates | | Period | Annual Earnings (1) | | Present Cash Value (2) | |
|---|---|---|---|---|---|---|
| 5/11/15 - 9/30/16 | | 1.39 | $ | - | $ | - |
| 10/1/16 - 9/30/17 | | 1.00 | $ | 26,811 | $ | 25,709 |
| 10/1/17 - 9/30/18 | | 1.00 | $ | 28,475 | $ | 26,703 |
| 10/1/18 - 9/30/19 | | 1.00 | $ | 30,139 | $ | 27,642 |
| 10/1/19 - 9/30/20 | | 1.00 | $ | 31,803 | $ | 28,526 |
| 10/1/20 - 9/30/21 | | 1.00 | $ | 33,467 | $ | 29,358 |
| 10/1/21 - 9/30/22 | | 1.00 | $ | 35,131 | $ | 30,140 |
| 10/1/22 - 9/30/23 | | 1.00 | $ | 37,411 | $ | 31,389 |
| 10/1/23 - 9/30/24 | | 1.00 | $ | 39,691 | $ | 32,569 |
| 10/1/24 - 9/30/25 | | 1.00 | $ | 41,970 | $ | 33,682 |
| 10/1/25 - 9/30/26 | | 1.00 | $ | 44,250 | $ | 34,730 |
| 10/1/26 - | | 15.88 | $ | 46,530 | $ | 483,103 |

**Future Mitigation Earning Capacity:**       **$   783,552**

---

1 - Retraining and job placement from 7/1/15 to 9/30/16.  New mitigation employment as a customer service representative beginning 10/1/16.  Entry wage equal to $12.89 per hour, increasing to $16.89 per hour after 5 years and to $22.37 per hour after an additional 5 years.  Earnings based on full time employment.  Opinions per Maria Toyofuku-Brady, Certified Rehabilitation Counselor.  Losses cease when annual mitigation earning capacity equals or exceeds annual lost earning capacity.  See Table 4, "Future Lost Earning Capacity without Injury."

2 - 2.25% net discount rate.

# COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

**ECONOMIC DAMAGES REPORT**

Holloway v. United States of America

Major Assumptions
Response to Mahla Analysis
Mitigation Earnings as a Non-Emergency Dispatcher

October 30, 2014

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040 · T 323.722.8047

<u>Table 1</u>

**Summary of Economic Loss**
**Response to Mahla Analysis (1)**
**Mitigation Earnings as a Non-Emergency Dispatcher**

<u>I.  Past Period:</u>

| | | |
|---|---|---|
| Earning Capacity without Injury, Table 3: | $ | 147,529 |
| **Past Economic Loss:** | $ | **147,529** |

<u>II.  Future Period:</u>

| | | |
|---|---|---|
| Earning Capacity without Injury, Table 4: | $ | 862,564 |
| Training and Rehabilitation Counselor Costs (2): | $ | 12,300 |
| Mitigation Earning Capacity, Table 5: | $ | (826,832) |
| **Future Economic Loss:** | $ | **48,032** |

<u>III.  Past and Future Periods:</u>

| | | |
|---|---|---|
| **Total Economic Loss:** | $ | **195,561** |

---

1 - No loss of Social Security benefits as mitigation Social Security benefits are equal to or exceed those Social Security benefits but for the incident.

2 - Training costs include $ 1,200 tuition, fees, books, materials and computer supplies and $1,100 transportation.  Rehabilitation counselor costs based on 50 hours at $200 per hour, or $10,000.  Opinions per Maria Toyofuku-Brady, Certified Rehabilitation Counselor.

## Table 2

### Actuarial Data

| | | |
|---|---|---|
| Date of Birth: | 8/7/84 | |
| Date of Loss: | 10/17/11 | |
| Date of Valuation: | 5/11/15 | |
| Age at Date of Loss: | 27.19 | years |
| Time Elapsed Between Date of Loss and Valuation: | 3.56 | years |
| Age at Date of Valuation: | 30.76 | years |
| Worklife Expectancy at Date of Valuation (1): | 27.27 | years |

1 - Based on males, current smoker, with some college education.  Life and Worklife Expectancies, Second Edition, Richards and Donaldson, 2009.

## Table 3

## Past Earning Capacity without Injury

| Dates | Period | Annual Earnings (1) | Period Loss |
|-------|--------|---------------------|-------------|
| 10/17/11 - 12/31/11 | 0.21 | $ 39,956 | $ 8,391 |
| 1/1/12 - 12/31/12 | 1.00 | $ 40,728 | $ 40,728 |
| 1/1/13 - 12/31/13 | 1.00 | $ 41,453 | $ 41,453 |
| 1/1/14 - 5/10/15 | 1.35 | $ 42,191 | $ 56,958 |

**Past Earning Capacity without Injury:**          **$ 147,529**

---

1 - Mr. Holloway's actual 2009-2011 average earnings adjusted to 2011 dollars was $39,643 per year.  This analysis assumes that but for the incident Mr. Holloway would have been expected to earn at the median level of males with some college education throughout his career.  Earnings based on 2013 All Males, Ages 25 to 64 Years, Total Work Experience, Some College No Degree, Median Earnings per the Bureau of Labor Statistics and the Census Bureau.  Earnings are equal to $41,453 per year in 2013 dollars.  Adjustments to 2011 and 2012 dollars based on the changes in average weekly earnings, per the Bureau of Labor Statistics.  Adjustments to 2014 dollars based on the change in average weekly earnings 2012-2013, per the Bureau of Labor Statistics.

## Table 4

### Future Earning Capacity without Injury

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|-------|--------|---------------------|------------------------|
| 5/11/15  - | 27.27 | $    42,191 | $    862,564 |

**Future Earning Capacity without Injury:** $    **862,564**

---

1 - See Table 3, "Past Earning Capacity without Injury."

2 - 2.25% net discount rate.

## Table 5

### Future Mitigation Earning Capacity

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|---|---|---|---|
| 5/11/15 - 9/30/16 | 1.39 | $        - | $        - |
| 10/1/16 - 9/30/17 | 1.00 | $  29,848 | $  28,621 |
| 10/1/17 - 9/30/18 | 1.00 | $  31,666 | $  29,696 |
| 10/1/18 - 9/30/19 | 1.00 | $  33,484 | $  30,709 |
| 10/1/19 - 9/30/20 | 1.00 | $  35,302 | $  31,664 |
| 10/1/20 - 9/30/21 | 1.00 | $  37,120 | $  32,562 |
| 10/1/21 - 9/30/22 | 1.00 | $  38,938 | $  33,405 |
| 10/1/22 - 9/30/23 | 1.00 | $  40,764 | $  34,203 |
| 10/1/23 - 9/30/24 | 1.00 | $  42,590 | $  34,948 |
| 10/1/24 - 9/30/25 | 1.00 | $  44,416 | $  35,645 |
| 10/1/25 - 9/30/26 | 1.00 | $  46,243 | $  36,294 |
| 10/1/26 - | 15.88 | $  48,069 | $  499,084 |

**Future Mitigation Earning Capacity:**                    **$    826,832**

---

1 - Retraining and job placement from 7/1/15 to 9/30/16.  New mitigation employment as a non-emergency dispatcher beginning 10/1/16.  Entry wage equal to $14.35 per hour, increasing to $18.72 per hour after 5 years and to $23.11 per hour after an additional 5 years.  Earnings based on full time employment.  Opinions per Maria Toyofuku-Brady, Certified Rehabilitation Counselor.

2 - 2.25% net discount rate.

COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

**ECONOMIC DAMAGES REPORT**

Holloway v. United States of America

Major Assumptions
Response to Mahla Analysis
Mitigation Earnings as a Sound Engineer

October 30, 2014

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040 · T 323. 722.8047

## Table 1

**Summary of Economic Loss
Response to Mahla Analysis (1)
Mitigation Earnings as a Sound Engineer**

I. Past Period:

| | | |
|---|---|---|
| Earning Capacity without Injury, Table 3: | $ | 147,529 |
| **Past Economic Loss:** | $ | **147,529** |

II. Future Period:

| | | |
|---|---|---|
| Earning Capacity without Injury, Table 4: | | N/A |
| Training and Rehabilitation Counselor Costs (2): | $ | 12,300 |
| Mitigation Earning Capacity, Table 5: | | N/A |
| **Future Economic Loss:** | $ | **12,300** |

III. Past and Future Periods:

| | | |
|---|---|---|
| **Total Economic Loss:** | $ | **159,829** |

--------------

1 - No loss of Social Security benefits as mitigation Social Security benefits are equal to or exceed those Social Security benefits but for the incident.

2 - Training costs include $ 1,200 tuition, fees, books, materials and computer supplies and $1,100 transportation. Rehabilitation counselor costs based on 50 hours at $200 per hour, or $10,000. Opinions per Maria Toyofuku-Brady, Certified Rehabilitation Counselor.

## Table 2

### Actuarial Data

| | | |
|---|---|---|
| Date of Birth: | 8/7/84 | |
| Date of Loss: | 10/17/11 | |
| Date of Valuation: | 5/11/15 | |
| Age at Date of Loss: | 27.19 | years |
| Time Elapsed Between Date of Loss and Valuation: | 3.56 | years |
| Age at Date of Valuation: | 30.76 | years |
| Worklife Expectancy at Date of Valuation (1): | 27.27 | years |

---

1 - Based on males, current smoker, with some college education.  Life and Worklife Expectancies, Second Edition, Richards and Donaldson, 2009.

## Table 3

## Past Earning Capacity without Injury

| Dates | Period | Annual Earnings (1) | Period Loss |
|---|---|---|---|
| 10/17/11 - 12/31/11 | 0.21 | $ 39,956 | $ 8,391 |
| 1/1/12 - 12/31/12 | 1.00 | $ 40,728 | $ 40,728 |
| 1/1/13 - 12/31/13 | 1.00 | $ 41,453 | $ 41,453 |
| 1/1/14 - 5/10/15 | 1.35 | $ 42,191 | $ 56,958 |

**Past Earning Capacity without Injury:**     **$ 147,529**

---

1 - Mr. Holloway's actual 2009-2011 average earnings adjusted to 2011 dollars was $39,643 per year. This analysis assumes that but for the incident Mr. Holloway would have been expected to earn at the median level of males with some college education throughout his career. Earnings based on 2013 All Males, Ages 25 to 64 Years, Total Work Experience, Some College No Degree, Median Earnings per the Bureau of Labor Statistics and the Census Bureau. Earnings are equal to $41,453 per year in 2013 dollars. Adjustments to 2011 and 2012 dollars based on the changes in average weekly earnings, per the Bureau of Labor Statistics. Adjustments to 2014 dollars based on the change in average weekly earnings 2012-2013, per the Bureau of Labor Statistics.

## Table 4

### Future Earning Capacity without Injury

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|---|---|---|---|
| 5/11/15  - | 27.27 | $    42,191 | $    862,564 |

**Future Earning Capacity without Injury:**                                    **N/A**

---

1 - See Table 3, "Past Earning Capacity without Injury."  Losses cease in the past as employment as a sound engineer produces more income than that without the injury.

2 - 2.25% net discount rate.

## Table 5

### Future Mitigation Earning Capacity

| Dates | Period | Annual Earnings (1) | Present Cash Value (2) |
|---|---|---|---|
| 5/11/15 - 9/30/16 | 1.39 | $        - | $        - |
| 10/1/16 - 9/30/17 | 1.00 | $   43,285 | $   41,505 |
| 10/1/17 - 9/30/18 | 1.00 | $   44,570 | $   41,797 |
| 10/1/18 - 9/30/19 | 1.00 | $   45,856 | $   42,056 |
| 10/1/19 - 9/30/20 | 1.00 | $   47,141 | $   42,284 |
| 10/1/20 - 9/30/21 | 1.00 | $   48,427 | $   42,481 |
| 10/1/21 - 9/30/22 | 1.00 | $   49,712 | $   42,649 |
| 10/1/22 - 9/30/23 | 1.00 | $   51,418 | $   43,141 |
| 10/1/23 - 9/30/24 | 1.00 | $   53,123 | $   43,592 |
| 10/1/24 - 9/30/25 | 1.00 | $   54,829 | $   44,001 |
| 10/1/25 - 9/30/26 | 1.00 | $   56,534 | $   44,372 |
| 10/1/26 - | 15.88 | $   58,240 | $   604,689 |

**Future Mitigation Earning Capacity:**                                **N/A**

---

1 - Retraining and job placement from 7/1/15 to 9/30/16.  New mitigation employment as a sound engineer beginning 10/1/16.  Entry wage equal to $20.81 per hour, increasing to $23.90 per hour after 5 years and to $28.00 per hour after an additional 5 years.  Earnings based on full time employment. Opinions per Maria Toyofuku-Brady, Certified Rehabilitation Counselor. Losses cease in the past as employment as a sound engineer produces more income than that without the injury. See Table 4, "Future Lost Earning Capacity without Injury."

2 - 2.25% net discount rate.

COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

# FUTURE CARE COSTS

Holloway v. United States of America

October 30, 2014

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040 · T 323. 722.8047

## Table 1

### Summary of Future Care Costs

|           |                                      | Present Value |
|-----------|--------------------------------------|--------------:|
| Table 3:  | Medical Services                     | $   168,374   |
| Table 4:  | Medications                          | $    28,166   |
| Table 5:  | Medical Equipment                    | $    13,635   |
| Table 6:  | Chore Services                       | $    12,688   |
| Table 7:  | Costs Associated with Ankle Surgery: | $    21,325   |
| **Total Future Care Costs:** |                   | $   244,188   |

## Table 2

**Actuarial Data**

| | | |
|---|---|---|
| Date of Birth: | 8/7/84 | |
| Date of Loss: | 10/17/11 | |
| Date of Valuation: | 5/11/15 | |
| Age at Date of Loss: | 27.19 | years |
| Time Elapsed Between Date of Loss and Valuation: | 3.56 | years |
| Age at Date of Valuation: | 30.76 | years |
| Life Expectancy at Date of Valuation (1): | 41.64 | years |

---

1 - Based on males, current smoker, with some college education.  Life and Worklife Expectancies, Second Edition, Richards and Donaldson, 2009.

**Table 3**

**Future Care Costs**
**Medical Services**

| Description (1): | Age | Dates | | Period | Frequency | Unit Cost | | Annual Cost | | Present Cash Value (2) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Physical Medicine and Rehabilitation Specialist | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2-3x/year | $ | 170 | $ | 425 | $ | 13,189 |
| Ophthalmologist - age 31 | 31.00 | 08/07/15 - | | | OTO | $ | 259 | | N/A | $ | 258 |
| Ophthalmologist - age 36 | 36.00 | 08/07/20 - | | | OTO | $ | 259 | | N/A | $ | 240 |
| Dermatologist | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2x/year | $ | 259 | $ | 518 | $ | 16,075 |
| Internist | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2x/year | $ | 259 | $ | 518 | $ | 16,075 |
| Neurologist | 30.76 | 05/11/15 - | | | OTO | $ | 862 | | N/A | $ | 862 |
| Counseling | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 20-40/life | $ | 150 | $ | 108 | $ | 3,354 |
| CBC | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 4x/year | $ | 43 | $ | 174 | $ | 5,397 |
| MRI arthrogram shoulder | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 1x/life | $ | 5,306 | $ | 127 | $ | 3,954 |
| MRI brain w/ tractography | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 1x/life | $ | 2,832 | $ | 68 | $ | 2,110 |
| Detoxification Program with Screening | 30.76 | 05/11/15 - | | | 7 days OTO | $ 73,000 | | | N/A | $ | 73,000 |
| Functional Restoration Program | 30.76 | 05/11/15 - | | | 30 days OTO | $ 33,860 | | | N/A | $ | 33,860 |

**Total Future Care Costs:** $ 168,374

1 - Future care costs per Maria Toyokuku-Brady.

2 - 1.5% Net Discount Rate.

**Table 4**

**Future Care Costs**
**Medications**

| Description (1): | Age | Dates | | Period | Frequency | Unit Cost | Annual Cost | Present Cash Value (2) |
|---|---|---|---|---|---|---|---|---|
| Oxycodone | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | OTO | $ 0.66 | $ 839 | $ 839 |
| Fentanyl patch (Duragesic) | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | OTO | $ 18.31 | $ 1,672 | $ 1,672 |
| Sertraline (Zoloft) | 30.76 | 05/11/15 - | 05/10/20 | 5.00 | 1x/day | $ 0.11 | $ 40 | $ 194 |
| Zolpidem (Ambien) | 30.76 | 05/11/15 - | 05/10/20 | 5.00 | 1x/day | $ 0.11 | $ 42 | $ 201 |
| Naproxen | 30.76 | 05/11/15 - | 05/10/20 | 5.00 | 1x/day | $ 0.11 | $ 40 | $ 194 |
| Clonazepam | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2x/day | $ 0.08 | $ 59 | $ 287 |
| Eucerin cream | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2x/mo | $ 13.31 | $ 319 | $ 7,970 |
| Eucerin lotion | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2x/mo | $ 10.99 | $ 264 | $ 6,581 |
| Sunblock | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2x/mo | $ 9.92 | $ 238 | $ 5,940 |
| Gold Bond Body Powder | 30.76 | 05/11/15 - | 12/30/56 | 41.64 | 2x/mo | $ 7.16 | $ 172 | $ 4,288 |

**Total Future Care Costs:**        **$ 28,166**

1 - Future care costs per Maria Toyokuku-Brady.

2 - 2.75 Net Discount Rate for Eucerin cream, Eucerin lotion, sunblock and Gold Bond body powder.  1.5% Net Discount Rate for all other items.

**Table 5**

**Future Care Costs**
**Medical Equipment**

| Description (1): | Age | Dates | | | Period | Frequency | Unit Cost | | Annual Cost | | Present Cash Value (2) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bath bench | 30.76 | 05/13/15 | - | 12/30/56 | 41.63 | OTO | $ | 43 | N/A | | $ | 43 |
| Long-hosed shower nozzle | 30.76 | 05/13/15 | - | 12/30/56 | 41.63 | OTO | $ | 27 | N/A | | $ | 27 |
| Special Shoes | 30.76 | 05/13/15 | - | 12/30/56 | 41.63 | 1x/yr | $ | 544 | $ 544 | | $ | 13,565 |
| **Total Future Care Costs:** | | | | | | | | | | | **$** | **13,635** |

1 - Future care costs per Maria Toyokuku-Brady.

2 - 2.75% Net Discount Rate.

Table 6

**Future Care Costs**
**Chore Services, Lodging & Meals, Mileage**

| Description (1): | Age | Dates | Period | Frequency | Unit Cost | Annual Cost | Present Cash Value (2) |
|---|---|---|---|---|---|---|---|
| Handyman | 30.76 | 05/11/15 - 12/30/56 | 41.64 | 2-3x/life | $ 3,600 | $ 86 | $ 2,347 |
| Lodging and Meals | 30.76 | 05/11/15 - | | OTO | $ 8,730 | N/A | $ 8,730 |
| Mileage OTO | 30.76 | 05/11/15 - | | OTO | $ 596 | N/A | $ 596 |
| Mileage - age 36 | 36.00 | 08/07/20 - | | OTO | $ 6 | N/A | $ 6 |
| Mileage Lifetime | 30.76 | 05/11/15 - 12/30/56 | 41.64 | 10 miles | $ 0.56 | $ 40 | $ 1,009 |

**Total Future Care Costs:**      $    **12,688**

_____

1 - Future care costs per Maria Toyokuku-Brady.

2 - 2.75% Net Discount Rate for Mileage.  2.25% Net Discount Rate for all other items.

## Table 7

## Future Care Costs
## Costs Associated With Ankle Surgery

| Description (1): | Age | Dates | | | Period | Frequency | Unit Cost | | Annual Cost | | Present Cash Value (2) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Orthopedist | 30.76 | 05/11/15 | - | 05/10/20 | 5.00 | 1x/year | $ | 259 | $ | 259 | $ | 1,249 |
| Physical Therapy | 30.76 | 05/11/15 | - | | | 12-16x post surgery | | | | | $ | 1,540 |
| Ankle Surgery | 30.76 | 05/11/15 | - | | | OTO | $ | 110 | $ | 1,540 | $ | 1,540 |
| Manual Wheelchair Rental | 30.76 | 05/13/15 | - | | | OTO | $ | 18,373 | | N/A | $ | 18,373 |
| Mileage 5 years | 30.76 | 05/11/15 | - | 05/10/20 | 5.00 | 10 miles | $ | 60 | | N/A | $ | 60 |
| Mileage OTO | 30.76 | 05/11/15 | - | | | OTO | $ | 0.56 | $ | 6 | $ | 26 |
| | | | | | | | $ | 78 | | N/A | $ | 78 |

**Total Present Value of Care Costs:** $ 21,325

1 - Future care costs per Maria Toyokuku-Brady.

2 - 1.5% Net Discount Rate for Orthopedist, Physical Therapy and Ankle Surgery. 2.75% Net Discount Rate for Manual Wheelchair Rental and Mileage.

# APPENDIX  A

COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

## MARK COHEN

## CURRICULUM VITAE

### FINANCIAL, STATISTICAL & REHABILITATION ECONOMIST

COHEN VOLK ECONOMIC CONSULTING GROUP, Walnut Creek, CA, 1995
to Present.
Principal, Chief Economist.  Valuation of businesses and economic losses in
business, personal injury, wrongful death, labor and marital litigation.  Preparation of
statistical analyses, vocational, labor and job market consultation and studies.
Development and placement of structured settlement alternatives.

BAY AREA PSYCHOTHERAPY TRAINING INSTITUTE, Lafayette, CA, 1994 to 2001.
Member, Board of Directors.  Consultation in the business development and
management of this non-profit training institute.

THE UDINSKY GROUP, Berkeley, CA, 1984 to 1995.
Vice President.  Valuation of businesses and economic losses in business, personal
injury, wrongful death, labor and marital litigation.  Preparation of statistical analyses,
labor and job market consultation and studies.  Development and placement of
structured settlement alternatives.

### TEACHING EXPERIENCE

DOMINICAN UNIVERSITY, San Rafael, CA, 1992 to 1998.
Adjunct Professor of Graduate Level International Finance, Monetary Systems and
Investments, M.B.A. Program; Undergraduate Level International Finance and
Investments, Business School Program.

EUROPEAN BUSINESS SCHOOL, Brussels, Belgium, 1991.
Adjunct Professor of Undergraduate Level Money and Banking, Statistics, and
Management.

### EDUCATION

UNIVERSITY OF CALIFORNIA AT BERKELEY.  Bachelors of Science, Business
Administration, 1982.  Emphasis in Finance.

BOSTON UNIVERSITY.  Masters of Science, Management, 1991.  Emphasis in
International Finance.  Graduated first in class.

## EDUCATION CONTINUED

ST. MARY'S COLLEGE.  Masters of Arts, Counseling, 1998.  Emphasis in Vocational Rehabilitation and Career Counseling.

LINDENWOOD COLLEGE:  (1) Principles of Business Valuation, (2) Business Valuation Theory and Methodology, (3) Business Valuation: Selected Advanced Topics.

## PUBLICATIONS AND INVITED PRESENTATIONS

"Income and Net Worth Analysis for Punitive Damages Testimony," presented to the American Rehabilitation Economics Association Reno, Nevada, June 2014.

"Economic Issues For Vocational Experts To Consider in Vocational Analysis," presented to the California Association of Rehabilitation and Re-Employment Professionals, Oakland, November 2002.

"Estimating Economic Loss To Injured Self Employed Workers," presented to the American Rehabilitation Economics Associations (AREA), Reno, May 1998.

"Methodologies to Improve Economic and Vocational Analysis in Personal Injury Litigation," with Thomas Yankowski, M.S., C.V.E., Litigation Economics Digest, National Association of Forensic Economics, Missouri.  Volume II, Issue No. 2, Summer 1997. Also published in Vocational Evaluation and Work Adjustment Journal, The Professional Journal of The Vocational Evaluation and Work Adjustment Association, Volume 31, No. ¾, Fall/Winter 1998.

"Vocational Evaluation and Economic Analysis in Personal Injury and Wrongful Termination Cases," with Thomas Yankowski, M.S., C.V.E., presented to the National Association of Rehabilitation Professional in the Private Sector; San Francisco, April 1995.

"The Economics of Employment Discharge and Your Case," with Jerald H. Udinsky, Ph.D., A.S.A., The Lawyer's Brief, Business Laws, Inc., Ohio.  Volume 20, Issue No. 5, March 15, 1990.

"Estimation of Future Medical and Rehabilitation Care Costs: Issues and Questions for The Attention of Rehabilitation Professionals," presented to the Registered Nurses Professionals Association, Santa Clara Valley Medical Center, January 1990.

## LICENSES, CERTIFICATIONS AND ASSOCIATIONS

Certified Earnings Analyst, American Rehabilitation Economics Association.
American Society of Appraisers, Business Valuation.
California State Licensed Life Insurance Agent.
American Economics Association.
Western Economic Association.
National Association of Forensic Economics.

# APPENDIX  B

# MARK COHEN
## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2007 | Seitz v. New Holland | Deposition testimony. |
| 2007 | Kuchta v. Neopost, Inc. | Deposition testimony. |
| 2007 | James v. Phillips Services Corp. | Deposition testimony. |
| 2007 | Singh v. Winchell's Donut Houses | Trial testimony. |
| 2007 | O'Neill v. City of Palo Alto | Deposition testimony. |
| 2007 | Piper v. Peralta Community College Dist. | Trial testimony. |
| 2007 | Merritt v. Modesto Disposal Service | Deposition testimony. |
| 2007 | Tripodi v. Rider | Deposition testimony. |
| 2007 | Housley v. CCSF and CHP | Deposition testimony. |
| 2007 | Pilare v. Matson | Deposition testimony. |
| 2007 | Pilare v. Matson | Trial testimony. |
| 2007 | West v. Kmart | Deposition testimony. |
| 2007 | Zottoli v. Erasmus | Deposition testimony. |
| 2007 | Nakamori v. DMC San Pablo | Deposition testimony. |
| 2007 | Ivance v. Asbestos Defendants | Trial testimony. |
| 2007 | Kuchta v. Neopost, Inc. | Trial testimony. |
| 2007 | Franklin v. Alameda County Sheriff's Dept. | Deposition testimony. |
| 2007 | Little v. RMC | Deposition testimony. |
| 2007 | Bloom v. Kaiser | Deposition testimony. |
| 2007 | Caro v. Enviro-Commercial Sweeping | Deposition testimony. |
| 2007 | Barajas v. Ramos | Deposition testimony. |
| 2007 | Loustalot v. Regents | Deposition testimony. |
| 2007 | Lopez v. Bimbo Bakeries | Deposition testimony. |
| 2007 | Lopez v. Bimbo Bakeries | Trial testimony. |
| 2007 | Silong v. USA | Deposition testimony. |
| 2007 | Bauto v. Best Collateral | Deposition testimony. |
| 2007 | Bauto v. Best Collateral | Trial testimony. |
| 2007 | Watkins v. Davis | Deposition testimony. |
| 2007 | Watkins v. Davis | Trial testimony. |
| 2007 | Erickson v. Torres | Deposition testimony. |
| 2007 | Erickson v. Torres | Trial testimony. |
| 2007 | Freed v. USA | Deposition testimony. |
| 2007 | Day v. Mt. Diablo Hospital | Deposition testimony. |
| 2007 | Day v. Mt. Diablo Hospital | Trial testimony. |
| 2007 | USA v. Union Pacific | Deposition testimony. |
| 2007 | Smith, Joe Alan v. Spears | Deposition testimony. |
| 2007 | Smith, Joe Alan v. Spears | Trial testimony. |
| 2007 | Hoang v. UWMC | Deposition testimony. |
| 2007 | Hoang v. UWMC | Trial testimony. |
| 2007 | Chang & Chen v. Charles Schwab | Deposition testimony. |
| 2007 | Khosravi v. Ball | Deposition testimony. |
| 2007 | Khosravi v. Ball | Trial testimony. |
| 2007 | Beals-Martin v. Connell's Glass | Deposition testimony. |
| 2007 | Shilaimon v. Ray | Deposition testimony. |
| 2007 | Price, Colleen v. Cordova | Deposition testimony. |
| 2007 | Moore v. Avon | Deposition testimony. |
| 2007 | Bartlett v. Reiger | Deposition testimony. |
| 2007 | Bartlett v. Reiger | Trial testimony. |
| 2007 | Salvador v. Aero Speed Mail | Deposition testimony. |
| 2007 | Dougherty v. Sears | Deposition testimony. |

# MARK COHEN
## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2007 | Wing v. Horizon Lines | Deposition testimony. |
| 2007 | Huong Que v. Pro Enterprise | Deposition testimony. |
| 2007 | Thomas, Audrey v. San Leandro Hospital | Deposition testimony. |
| 2008 | Cole v. Joe's Trucking | Deposition testimony. |
| 2008 | Ewing v. USA | Deposition testimony. |
| 2008 | Williams, Billy v. Kaiser | Deposition testimony. |
| 2008 | Williams, Billy v. Kaiser | Arbitration testimony. |
| 2008 | Moss v. LOTA USA | Deposition testimony. |
| 2008 | Moss v. LOTA USA | Arbitration testimony. |
| 2008 | Abdelrahim v. Guardsmark | Trial testimony. |
| 2008 | Starr v. Rados, Inc. | Deposition testimony. |
| 2008 | Bavaro v. Curtis | Deposition testimony. |
| 2008 | Dalman v. Kaiser | Deposition testimony. |
| 2008 | Melchor v. Kaiser | Deposition testimony. |
| 2008 | Melchor v. Kaiser | Arbitration testimony. |
| 2008 | Day v. Mt. Diablo Hospital | Deposition testimony. |
| 2008 | Barnett v. Balciunas | Deposition testimony. |
| 2008 | Iten v. Guardsmark | Trial testimony. |
| 2008 | Perez v. Walmart | Deposition testimony. |
| 2008 | Dahl v. Jennaro | Deposition testimony. |
| 2008 | Lawlor v. Olsen | Trial testimony. |
| 2008 | Bush v. Allianz Life Insurance Co. | Deposition testimony. |
| 2008 | Cano v. Barcelo Enterprises | Deposition testimony. |
| 2008 | Gentry v. State Farm | Deposition testimony. |
| 2008 | Gentry v. State Farm | Arbitration testimony. |
| 2008 | Evans v. Benicia Housing Authority | Deposition testimony. |
| 2008 | Ewing v. USA | Trial testimony. |
| 2008 | Hernandez v. USA | Deposition testimony. |
| 2008 | Altamini v. Kaiser | Deposition testimony. |
| 2008 | Altamini v. Kaiser | Arbitration testimony. |
| 2008 | Dept. of Fair Employment v. Standards of Excellence | Deposition testimony. |
| 2009 | Perez v. Walmart | Trial testimony. |
| 2009 | Bolo v. Cisco Systems | Deposition testimony. |
| 2009 | Bolo v. Cisco Systems | Arbitration testimony. |
| 2009 | Kiser v. Ralph Lauren | Deposition testimony. |
| 2009 | Gove v. Kaiser | Deposition testimony. |
| 2009 | Dept. of Fair Employment v. Standards of Excellence | Trial testimony. |
| 2009 | Walton v. Amoroso | Deposition testimony. |
| 2009 | Sutton v. Krones | Deposition testimony. |
| 2009 | Roth v. Division I All Services | Deposition testimony. |
| 2009 | Ureta v. ABS-CBN International | Trial testimony. |
| 2009 | Lawrence v. Hartnell College | Deposition testimony. |
| 2009 | Gutherie v. City of Mill Valley | Trial testimony. |
| 2009 | Miller v. State of California | Trial testimony. |
| 2009 | Stanley v. Kaiser | Deposition testimony. |
| 2009 | Stanley v. Kaiser | Arbitration testimony. |
| 2009 | Nikolayew v. R House | Deposition testimony. |
| 2009 | Sacramento Hotel Partners v. Swinterton, et al. | Deposition testimony. |
| 2009 | Kaznowski v. Biesen-Bradley | Deposition testimony. |
| 2009 | Ehlert v. Stutsman & Ken Fowler Motors | Deposition testimony. |

## MARK COHEN
### LIST OF TESTIMONIES

| Date | Name | Memo |
|---|---|---|
| 2009 | McElroy v. Lane | Deposition testimony. |
| 2009 | Dobson v. Garcia | Deposition testimony. |
| 2009 | Grunwald v. Kaiser | Deposition testimony. |
| 2009 | Picchi v. West Star | Deposition testimony. |
| 2009 | Pappas v. ABC School District | Deposition testimony. |
| 2009 | Ballesteros v. United Road Service | Trial testimony. |
| 2009 | DeAnza Interiors v. Hsu | Deposition testimony. |
| 2010 | DeAnza Interiors v. Hsu | Deposition testimony. |
| 2010 | Howard v. Washington Township | Trial testimony. |
| 2010 | Kleinberg v. Corte Madera | Deposition testimony. |
| 2010 | Moran v. Quest Communications | Trial testimony. |
| 2010 | Masters v. Roberts | Deposition testimony. |
| 2010 | Masters v. Roberts | Trial testimony. |
| 2010 | Nikolayew v. R House | Trial testimony. |
| 2010 | Tilley v. Muir Orthopedics | Deposition testimony. |
| 2010 | Tilley v. Muir Orthopedics | Trial testimony. |
| 2010 | Mendez v. Mercy Hospital | Deposition testimony. |
| 2010 | Kierans v. Acupuncture & Integrative Medical | Deposition testimony. |
| 2010 | Oswalt v. Salinas Valley Memorial | Deposition testimony. |
| 2010 | Fox v. Good Samaritan Hospitals | Deposition testimony. |
| 2010 | Mendez v. Mercy Hospital | Deposition testimony. |
| 2010 | Masters v. Roberts | Trial testimony. |
| 2010 | Lui v. CCSF | Deposition testimony. |
| 2010 | Wences v. Congress, M.D. | Deposition testimony. |
| 2010 | O'Neal v. Baclow Auto Repair | Trial testimony. |
| 2010 | Aguilar v. CTB-McGraw Hill | Trial testimony. |
| 2010 | O'Connell v. UC Regents | Deposition testimony. |
| 2010 | Pierre v. Cox | Deposition testimony. |
| 2010 | Adge v. Sutter Memorial | Deposition testimony. |
| 2010 | Klaas v. Valley Care Health Systems | Deposition testimony. |
| 2010 | Hernandez v. CCC | Deposition testimony. |
| 2010 | Kim v. Interdent | Deposition testimony. |
| 2010 | Klaas v. Valley Care Health Systems | Trial testimony. |
| 2010 | Shen v. City of San Ramon | Deposition testimony. |
| 2010 | Pierre v. Cox | Trial testimony. |
| 2010 | Ballesteros v. United Road Service | Deposition testimony. |
| 2010 | Harper v. Adesa | Deposition testimony. |
| 2010 | Albert v. Denny Plumbing Company | Deposition testimony. |
| 2010 | Flair v. Adaptec | Deposition testimony. |
| 2010 | Ballesteros v. United Road Service | Trial testimony. |
| 2010 | Aranda v. Centex Homes | Trial testimony. |
| 2010 | Hernandez v. CCC | Trial testimony. |
| 2010 | Impey v. Office Depot | Deposition testimony. |
| 2010 | Dawe v. Corrections USA | Trial testimony. |
| 2010 | Winter v. Jervis | Deposition testimony. |
| 2010 | Lui v. CCSF | Trial testimony. |
| 2010 | Holt v. Doctors Medical Center | Deposition testimony. |
| 2010 | Gilmore-Green v. Kaiser | Deposition testimony. |
| 2010 | Loustalot v. Regents | Trial testimony. |
| 2010 | Taylor v. Rupley | Deposition testimony. |

# MARK COHEN
## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2010 | Adams v. Safway | Deposition testimony. |
| 2010 | Pederson v. Fox Investment | Deposition testimony. |
| 2010 | Beauperthuy v. 24 Hour Fitness | Deposition testimony. |
| 2011 | Jacobs v. Medical Anesthesia Consultants | Arbitration testimony. |
| 2011 | Flair v. Adaptec | Trial testimony. |
| 2011 | Avakoff v. County of Santa Clara | Deposition testimony. |
| 2011 | Vanderheiden v. City of Alameda | Deposition testimony. |
| 2011 | McFadden v. Kaiser | Arbitration testimony. |
| 2011 | Thompson v. UC Regents | Arbitration testimony. |
| 2011 | Alvarez v. John Hopkins | Deposition testimony. |
| 2011 | Vanderheiden v. City of Alameda | Trial testimony. |
| 2011 | Hutson v. Raffle & Bar-K | Deposition testimony. |
| 2011 | Hutson v. Raffle & Bar-K | Trial testimony. |
| 2011 | Winter v. Jervis | Trial testimony. |
| 2011 | Lopez v. United Road Service | Trial testimony. |
| 2011 | Weiss v. Oroville Hospital | Deposition testimony. |
| 2011 | Neves v. Rounds Logging | Deposition testimony. |
| 2011 | Patino v. CHW | Deposition testimony. |
| 2011 | Khan v. Kaiser | Arbitration testimony. |
| 2011 | Clark v. Palo Alto Foundation | Deposition testimony. |
| 2011 | Savage v. State of California | Deposition testimony. |
| 2011 | Savage v. State of California | Trial testimony. |
| 2011 | Abdell All v. Stanford | Trial testimony. |
| 2011 | Lewis v. City of Benicia | Deposition testimony. |
| 2011 | Lewis v. City of Benicia | Trial testimony. |
| 2011 | Corbo v. Vascor | Deposition testimony. |
| 2011 | Corbo v. Vascor | Trial testimony. |
| 2011 | Nichols v. AC Transit | Deposition testimony. |
| 2011 | Impey v. Office Depot | Trial testimony. |
| 2011 | McElroy v. Lane | Trial testimony. |
| 2011 | Benson v. Newton | Deposition testimony. |
| 2011 | Uffer v. County of San Bernardino | Deposition testimony. |
| 2011 | Cole v. Joe's Trucking | Trial testimony. |
| 2011 | Stewart v. Kusumoto | Deposition testimony. |
| 2011 | Stewart v. Kusumoto | Trial testimony. |
| 2011 | Specialized Bicylces v. Volagi | Deposition testimony. |
| 2012 | Specialized Bicylces v. Volagi | Trial testimony. |
| 2012 | Hall v. Rugg | Deposition testimony. |
| 2012 | Duenas v. AC Transit | Deposition testimony. |
| 2012 | Brandt v. Freimuth | Deposition testimony. |
| 2012 | Reyes v. Lions Raisins | Deposition testimony. |
| 2012 | Reyes v. Lions Raisins | Trial testimony. |
| 2012 | Savemart v. Valley Pallet, et al. | Deposition testimony. |
| 2012 | Booker v. City of Richmond | Trial testimony. |
| 2012 | 7 Dawn LLC v. Groundwell Construction | Deposition testimony. |
| 2012 | Dagnino v. Nurstech | Deposition testimony. |
| 2012 | Ike v. Ford Motor Company, et al. | Deposition testimony. |
| 2012 | Ross v. Redd | Deposition testimony. |
| 2012 | Ross v. Redd | Trial testimony. |
| 2012 | Myers v. Topflight | Trial testimony. |

# MARK COHEN
## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2012 | Kammerer v. Alimak | Deposition testimony. |
| 2012 | Kammerer v. Alimak | Trial testimony. |
| 2012 | Smith v. Rafael Lumber | Deposition testimony. |
| 2012 | Smith v. Rafael Lumber | Trial testimony. |
| 2012 | Chevalier v. Kaiser | Deposition testimony. |
| 2012 | Chevalier v. Kaiser | Trial testimony. |
| 2012 | Benson v. Newton | Trial testimony. |
| 2012 | King v. SAM, Inc. | Deposition testimony. |
| 2012 | Castillo v. Lodgeworks | Deposition testimony. |
| 2012 | Bookhamer v. Sunbeam | Deposition testimony. |
| 2012 | Colfer v. Segue Construction | Deposition testimony. |
| 2012 | Colfer v. Segue Construction | Trial testimony. |
| 2013 | Arkay v. Akal Development Co. | Deposition testimony. |
| 2013 | EK Pneuma v. Great China | Trial testimony. |
| 2013 | Towfighi v. Associated Constructors | Deposition testimony. |
| 2013 | Arkay v. Akal Development Co. | Trial testimony. |
| 2013 | Savemart v. Valley Pallet, et al. | Trial testimony. |
| 2013 | Jolly v. Larsen & Tourbo Infotech | Deposition testimony. |
| 2013 | Ehrlich v. Zlot, et al. | Deposition testimony. |
| 2013 | Cabrera v. Taylor Fresh Foods | Deposition testimony. |
| 2013 | Cabrera v. Taylor Fresh Foods | Trial testimony. |
| 2013 | Dereschuk v. Dereschuk | Deposition testimony. |
| 2013 | Dereschuk v. Dereschuk | Trial testimony. |
| 2013 | Singh v. Merlo, et al. | Deposition testimony. |
| 2013 | Kramer v. Dr. Pepper-Snapple | Trial testimony. |
| 2013 | Ehrlich v. Zlot, et al. | Trial testimony. |
| 2013 | Mathis v. J.S. Trucking, et al. | Deposition testimony. |
| 2013 | Adame v. Alcoa | Deposition testimony. |
| 2013 | Kidwell v. Ward | Deposition testimony. |
| 2013 | Smith v. Solanki | Deposition testimony. |
| 2013 | Longenecker v. Lawrence | Deposition testimony. |
| 2013 | Toma v. Singh | Deposition testimony. |
| 2013 | Seidman v. Allstate | Deposition testimony. |
| 2013 | Seidman v. Allstate | Arbitration testimony. |
| 2013 | Toma v. Singh | Trial testimony. |
| 2013 | Mangel v. State of California | Deposition testimony. |
| 2013 | Singh v. Merlo, et al. | Trial testimony. |
| 2013 | Calderon v. Shell | Deposition testimony. |
| 2013 | Longenecker v. Lawrence | Trial testimony. |
| 2013 | Peterson v. Metzger | Arbitration testimony. |
| 2013 | Salim v. Sunnyvale Acura | Deposition testimony. |
| 2013 | Fischler v. Roman Catholic Bishop | Trial testimony. |
| 2013 | Wigmore v. Kaiser | Deposition testimony. |
| 2014 | Wigmore v. Kaiser | Arbitration testimony. |
| 2013 | Salim v. Sunnyvale Acura | Deposition testimony. |
| 2013 | Salim v. Sunnyvale Acura | Trial testimony. |
| 2013 | Phoenician HOA v. Phoenician LLC | Deposition testimony. |
| 2014 | Hugger v. Hugger | Arbitration testimony. |
| 2014 | Duncan v. Airline Coach Service, Inc. | Deposition testimony. |
| 2014 | Estate of Fitzgerald v. CA State Auto Assn. | Deposition testimony. |

# MARK COHEN
## LIST OF TESTIMONIES

| Date | Name | Memo |
|------|------|------|
| 2014 | Morello v. Amco Insurance Co. | Deposition testimony. |
| 2014 | Deeik v. Klingman | Deposition testimony. |
| 2014 | Delara v. Sears & Roebuck | Trial testimony. |
| 2014 | McVeigh v. Recology | Deposition testimony. |
| 2014 | McVeigh v. Recology | Trial testimony. |
| 2014 | Cunningham v. Geico | Deposition testimony. |
| 2014 | Sorrento Pavillions v. East West Bank | Deposition testimony. |
| 2014 | Socratic Technologies v. Peerless Insight | Deposition testimony. |
| 2014 | Telesys Communications v. In Room Video | Deposition testimony. |
| 2014 | Harrison v. Taggard | Deposition testimony. |
| 2014 | Bird v. Dodson | Deposition testimony. |
| 2014 | Bisi v. Tong | Trial testimony. |
| 2014 | Mocettini v. Kenworth Truck Co. | Deposition testimony. |
| 2014 | Ivanov v. Stryker Corp. | Deposition testimony. |

# APPENDIX  C

# COHEN | VOLK

ECONOMIC CONSULTING GROUP

1155 ALPINE ROAD
WALNUT CREEK, CA 94596
T 925.299.1200
F 925.482.0824
WWW.COHENVOLK.COM

## RATE SCHEDULE

### Effective 1/1/14

$345 per hour for review, consultation, analysis and travel

$610 per hour, one-hour minimum, for deposition and trial testimony

SOUTHERN CALIFORNIA OFFICE: 5743 SMITHWAY STREET, SUITE 106 · LOS ANGELES CA 90040 · T 323.722.8047