UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:12-cv-02120-MCE-CKD<br><br>**ORDER** |
|---|---|

The Court has considered the *ex parte* application filed by Plaintiffs Robyn and Sterling Holloway to extend the deadline to file a timely opposition to Defendant's Motion for Summary Judgment (ECF No. 70) and the Defendant's response (ECF No. 77).

The Court finds that Plaintiffs have demonstrated good cause under Federal Rule of Civil Procedure 6(b)(1) to extend the filing deadline for the opposition. Therefore, the Court finds that the opposition filed by Plaintiffs on December 19, 2015 (ECF No. 73) is timely. Because the Court finds that the opposition was timely, Plaintiffs will be entitled to be heard at the hearing, pursuant to Local Rule 230(c).

///

///

///

1

To prevent any prejudice to Defendant, the hearing on the Motion for Summary Judgment, currently scheduled for January 8, 2015, is vacated and continued to **January 22, 2015**.  Under Local Rule 230(d), Defendant will have **not less than seven (7) days** to file a reply to the opposition.

IT IS SO ORDERED.

Dated:  December 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT