BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

WILCOXEN CALLAHAM, LLP
DANIEL E. WILCOXEN
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

HALEY & BILHEIMER
JOHN G. BILHEIMER
505 Coyote Street, Suite A
Nevada City, CA 95959
Telephone: (530) 265-6357
Facsimile: (530) 478-9485

Attorneys for Plaintiffs Robyn Holloway
and Sterling Holloway

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:12-cv-02120 MCE-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL BRIEFING SCHEDULE** |

Plaintiffs Robyn Holloway and Sterling Holloway and Defendant United States, by and through their respective counsel, stipulate and respectfully request the below modifications to the briefing schedule for the parties' pretrial filings. Dkt 83. The parties do not request modification to the dates set for the Final Pretrial Conference, the trial brief, or trial.

STIPULATION AND ORDER TO TO MODIFY                 1
PRETRIAL BRIEFING SCHEDULE - *Holloway v. U.S.*, No. 12-cv-2120 MCE-CKD

**Proposed Briefing Schedule**

|  | Current | Proposed |
|---|---|---|
| Joint Pretrial Statement | December 24, 2015 | December 4, 2015 |
| Evidentiary or Procedural Motions | December 24, 2015 | December 4, 2015 |
| Oppositions | December 31, 2015 | December 11, 2015 |
| Replies | January 7, 2016 | December 18, 2015 |
| Final Pretrial Conference | January 14, 2016 | No Change |
| Trial Brief | February 16, 2016 | No Change |
| Trial (bench trial) | February 29, 2016 | No Change |

Respectfully submitted,

Dated: October 15, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/   *Chi Soo Kim*
CHI SOO KIM
Assistant U.S. Attorney

Dated: October 15, 2015

WILCOXEN CALLAHAM, LLP

By: */s/ Daniel E. Wilcoxen*

DANIEL E. WILCOXEN
Attorney for Plaintiffs Robyn Holloway and Sterling Holloway

**ORDER**

**IT IS SO ORDERED.**

DATED: October 20, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT