1  BENJAMIN B. WAGNER
United States Attorney
2  CHI SOO KIM
ALYSON BERG
3  Assistant United States Attorneys
501 I Street, Suite 10-100
4  Sacramento, CA 95814
Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for United States

7  WILCOXEN CALLAHAM, LLP
DANIEL E. WILCOXEN
8  WILLIAM CALLAHAM
BRIAN PLUMMER
9  2114 K Street
Sacramento, CA 95816
10  Telephone: (916) 442-2777
Facsimile: (916) 442-4118

11

HALEY & BILHEIMER
12  JOHN G. BILHEIMER
505 Coyote Street, Suite A
13  Nevada City, CA 95959
Telephone: (530) 265-6357
14  Facsimile: (530) 478-9485

15  Attorneys for Plaintiffs Robyn Holloway
and Sterling Holloway

16

17              IN THE UNITED STATES DISTRICT COURT

18                EASTERN DISTRICT OF CALIFORNIA

19

20  ROBYN HOLLOWAY and STERLING HOLLOWAY,   CASE NO. 2:12-cv-02120 MCE-CKD

21          Plaintiffs,

22     v.                                    **STIPULATION AND ORDER TO CONTNUE TRIAL DATE**

23  UNITED STATES OF AMERICA,

24          Defendant.

25

26      Plaintiffs Robyn Holloway and Sterling Holloway and Defendant United States, by and

27  through their respective counsel, stipulate and respectfully request the continuation of the dates

28  set for trial, the Final Pretrial Conference, and pretrial filings to conserve the resources and time

STIPULATION AND ORDER TO CONTINUE TRIAL DATE 1
*Holloway v. U.S.*, No. 12-cv-2120 MCE-CKD

1 2    of the Court, all parties, and all witnesses pending the resolution of two related appeals that may impact trial and resolution of this action.  Dkt 83, 89.

3 4 5 6 7 8 9 10 11 12 13 14 15 16    There are two appeals related to this Federal Tort Claims Act ("FTCA") action that have been fully briefed and are currently pending before the Ninth Circuit:  (1) Ninth Circuit Case No. 14-16079, an appeal of this Court's denial of a motion to intervene by Security National Insurance Co. in this action, *Holloway v. United States*, No. 2:12-cv-2120 MCE-CKD; and (2) Ninth Circuit Case No. 14-15479, an appeal of this Court's grant of the United States' motion to dismiss the complaint in the related action, *Security National Insurance Co. v. United States*, No. 2:13-cv-1594 MCE-CKD.  Both appeals have been assigned to the same merits panel.  On October 22, 2015, the Ninth Circuit issued notices that both appeals are being considered for the February 2016 oral argument calendar.  Because the resolution of either appeal may affect the trial and resolution of this lawsuit and because the appeals are now being considered for oral argument in February 2016, the same month in which trial in this action is currently scheduled, the parties respectfully request continuing the dates set for trial, the Final Pretrial Conference, and pretrial filings to conserve the resources and time of the Court, all parties, and all witnesses.  The current and proposed schedules are provided below for the Court's reference.

17 18 19    Further, the United States is not aware of any five-year rule regarding the length of time in which an FTCA action must be brought to trial in federal court, and as such, does not object to continuing the trial in this action pending the resolution of the two related appeals.

20 21 22 23 24 25 26    The United States will promptly inform Plaintiffs regarding the resolution of the pending appeals.  If the pending appeals are not resolved by May 31, 2016, the parties will then meet and confer regarding a trial schedule and will contact chambers regarding available trial dates.  The parties will file a Joint Status Report by June 7, 2016 to update the Court regarding the pending appeals and to either confirm the August 8, 2016 trial date or provide a revised proposed schedule for the Final Pretrial Conference and trial of this action, *Holloway v. United States*, No. 2:12-cv-2120 MCE-CKD.

27 28

<u>Current</u>                                      <u>Proposed</u>

| | | |
|---|---|---|
| Joint Pretrial Statement | December 4, 2015 | May 26, 2016 |
| Evidentiary or Procedural Motions | December 4, 2015 | May 26, 2016 |
| Oppositions | December 11, 2015 | June 2, 2016 |
| Replies | December 18, 2015 | June 9, 2016 |
| Joint Status Report Re: Trial Date | n/a | June 7, 2016 |
| Final Pretrial Conference | January 14, 2016 | June 16, 2016 |
| Trial Brief | February 16, 2016 | June 2, 2016 |
| Trial (bench trial, 15 days) | February 29, 2016 | August 8, 2016 |

Respectfully submitted,

Dated: November 2, 2015        BENJAMIN B. WAGNER
                               United States Attorney

                        By:    /s/   *Chi Soo Kim*
                               CHI SOO KIM
                               Assistant U.S. Attorney

Dated: November 2, 2015        WILCOXEN CALLAHAM, LLP

                        By:    */s/ Daniel E. Wilcoxen*
                               DANIEL E. WILCOXEN
                               Attorney for Plaintiffs Robyn Holloway and
                               Sterling Holloway

**ORDER**

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT