PHILLIP A. TALBERT
Acting United States Attorney
CHI SOO KIM
ALYSON BERG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States

WILCOXEN CALLAHAM, LLP
DANIEL E. WILCOXEN
WILLIAM CALLAHAM
BRIAN PLUMMER
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

HALEY & BILHEIMER
JOHN G. BILHEIMER
505 Coyote Street, Suite A
Nevada City, CA 95959
Telephone: (530) 265-6357
Facsimile: (530) 478-9485

Attorneys for Plaintiffs Robyn Holloway
and Sterling Holloway

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN HOLLOWAY and STERLING HOLLOWAY,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. 2:12-cv-02120 MCE-CKD<br><br>**JOINT STATUS REPORT RE: RELATED APPEALS AND STIPULATION AND ORDER TO CONTINUE CERTAIN PRETRIAL DATES** |

        Pursuant to the Court's November 10, 2015 Order, Defendant United States and Plaintiffs

Robyn Holloway and Sterling Holloway respectfully submit their Joint Status Report regarding

the two related appeals and the effect on the current trial date. [ECF No. 92] Because both appeals have been fully resolved, the currently set August 8, 2016 trial date is not affected. On February 17, 2016, the Ninth Circuit affirmed this Court's denial of a motion to intervene by Security National Insurance Co. in this action, *Holloway v. United States*, No. 2:12-cv-2120 MCE-CKD, and affirmed this Court's grant of the United States' motion to dismiss the complaint in the related action, *Security National Insurance Co. v. United States*, No. 2:13-cv-1594 MCE-CKD. *See* ECF No. 93 (2/17/2016 Memorandum, Ninth Cir. Case No. 14-16079); No. 2:13-cv-1594 MCE-CKD, ECF No. 26 (2/17/2016 Memorandum, Ninth Cir. Case No. 14-15479). No appeal or petition for rehearing was filed in either appeal. On April 12, 2016, the judgment entered February 17, 2016 in both appeals took effect and the formal mandates issued. ECF No. 95 (4/12/2016 Mandate, Ninth Cir. Case No. 14-16079); No. 2:13-cv-1594 MCE-CKD, ECF No. 27 (4/12/2016 Mandate, Ninth Cir. Case No. 14-15479).

The parties, by and through their respective counsel, also stipulate and respectfully request the continuation of the dates set for certain pretrial filings and the Final Pretrial Conference because undersigned defense counsel will be traveling out of state from May 22-30, 2016. The proposed continuation will not affect the August 8, 2016 trial date. The current and proposed schedules are provided below for the Court's reference.

|  | Current | Proposed |
| --- | --- | --- |
| Joint Pretrial Statement | May 26, 2016 | June 9, 2016 |
| Evidentiary or Procedural Motions | May 26, 2016 | June 9, 2016 |
| Oppositions to Evidentiary or Procedural Motions | June 2, 2016 | June 16, 2016 |
| Trial Brief | June 2, 2016 | June 16, 2016 |
| Joint Status Report Re: Trial Date | June 7, 2016 | No Change (completed) |
| Replies for Evidentiary or Procedural Motions | June 9, 2016 | June 23, 2016 |

| | | |
|---|---|---|
| Final Pretrial Conference | June 16, 2016 | June 30, 2016 |
| Trial (bench trial, 15 days) | August 8, 2016 | No Change – August 8, 2016 |

Respectfully submitted,

Dated: May 5, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ *Chi Soo Kim*
CHI SOO KIM
Assistant U.S. Attorney

Dated: May 9, 2016

WILCOXEN CALLAHAM, LLP

By: */s/ Daniel E. Wilcoxen*

DANIEL E. WILCOXEN
Attorney for Plaintiffs Robyn Holloway and Sterling Holloway

## ORDER

IT IS SO ORDERED.

Dated: May 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE